UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:                                                                    **NOTICE OF APPEARANCE**

Marilyn Padilla                                                        Case No.: 15-45585-cec
Fernando Castedo                                                 (Chapter 13)

                Debtors.                              Assigned to:
                                                       Hon. Carla E. Craig
                                                       Bankruptcy Judge

_____

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Nationstar Mortgage LLC. in the within proceeding with regard to its interest in the property known as 12 -06 31st Dr, Long Island City, NY 11106.

      Please send copies of all Notices and all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    January 29, 2016
                   Williamsville, New York

                                                   Yours,
                                                   GROSS POLOWY, LLC
                                                   Attorneys for Nationstar Mortgage LLC.

                                                   *(signature)*

                                                   Ehret A. VanHorn, Esq.
                                                   Gross Polowy, LLC
                                                   1775 Wehrle Drive, Suite 100
                                                   Williamsville, NY 14221
                                                   Telephone (716)204-1700

TO:

  Marilyn Padilla              Pro-Se
  1206 31st Drive
  Astoria, NY 11106

By ECF:

  Clerk, United States Bankruptcy Court
  Eastern District Of New York

  Norma E. Ortiz, Esq.           Attorney for Debtors

  Michael J. Macco, Esq.         Chapter 13 Trustee