**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-45585 - 608 |
| | : | CHAPTER 13 |
| MARILYN PADILLA | | |
| FERNANDO CASTEDO | : | JUDGE Craig |
| | : | NOTICE OF FINAL CURE PAYMENT |

The Chapter 13 Trustee, Michael J. Macco files this Notice of Final Cure Payment. The amount required to cure the pre petition arrearage default in the claim listed below has been paid in full.

**Name of Creditor**: SELENE FINANCE, LP

**Last four digits** of any number used to identify the debtor's account : 3894- PAY DIRECT & OUTSIDE PER LOAN MOD PER 1-12-18 CT ORDR

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 004 $0.00 | 3894/ORIG ACCT#XX6459 | | $0.00 | $0.00 |
| Direct Amount Paid by Debtor | | | | $0.00 |
| Amount of Prepetition Arrears | | | | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

---

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

  Through the Chapter 13 Conduit          **X**  Direct by the Debtor(s)

---

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 22   day of March , 2018.

MARILYN PADILLA
FERNANDO CASTEDO
1206 31ST DR.
ASTORIA, NY. 11106-


NORMA E. ORTIZ, ESQ.
c/o ORTIZ & ORTIZ, LLP
32-72 STEINWAY STREET- SUITE 402
ASTORIA, NY. 11103-

SELENE FINANCE, LP
9990 RICHMOND AVENUE- SUITE 400 South
ATTN: CASHIERING
HOUSTON, TX. 77042-


Creditor Attorney
U.S. Trustee


March 22, 2018                                    */s/ Michael J. Macco*
                                                   Michael J. Macco
                                                   Chapter 13 Trustee