| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Marilyn Padilla**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2691**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2  **Fernando Castedo**<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–3484**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1–15–45585–cec** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Michael J. Macco (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 13 case of the above–named debtor(s) is closed.

s/ Carla E. Craig
United States Bankruptcy Judge

Dated: August 2, 2018

**BLfnld13** [Final Decree 12/13 rev 12/01/15]